```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**BOBBY HUNTER**                                                    **PLAINTIFF**

      **v.**        **Civil No. 12-5133**

**TONY PIRANI, Public Defender**                                    **DEFENDANT**

### O R D E R

Now on this 21st day of September, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no objection has been made. The Court has reviewed the Report And Recommendation, and finds it sound in all respects.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #5) is **adopted.**

**IT IS FURTHER ORDERED** that, for the reasons stated therein, plaintiff's claims are **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**